**Order entered October 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00388-CR

## CARL RAY WOOD, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-54553-Y

## ORDER

The Court **REINSTATES** the appeal.

On June 28, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel timely requested preparation of the record; (4) Sharon Hazlewood is the court reporter who recorded the majority of the proceedings; (5) Ms. Hazlewood contacted the court reporter who recorded a portion of the proceedings; and (6) Ms. Hazlewood requested twenty days from the October 16, 2013 hearing to file the complete record.

We **ORDER** Sharon Hazlewood, as official court reporter of the Criminal District Court No. 7, to file the complete reporter's record by **NOVEMBER 12, 2013**. Because the reporter's

record is already five months overdue, no further extensions will be granted. If the reporter's record is not filed by the date specified, the Court will order that Sharon Hazlewood not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.


/s/    LANA MYERS
        JUSTICE